CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 03 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES F. BROWNE, | ) | Civil Action No. 7:13-cv-00531 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:   Glen E. Conrad |
| CRABTREE, ET AL, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

James F. Browne, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered November 19, 2013, the court granted plaintiff's motion for extension of time and directed plaintiff to submit within 10 days his financial information that was required in the November 6, 2013 order conditionally filing this case. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he did not respond to the order granting his motion for extension of time. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this memorandum opinion and accompanying order to plaintiff.

ENTER: This 3rd day of January, 2014.

_____
Chief United States District Judge