CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 03 2014

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JAMES F. BROWNE, )<br>    Plaintiff, ) | Civil Action No. 7:13-cv-00531 |
| v. ) | **DISMISSAL ORDER** |
| CRABTREE, ET AL, )<br>    Defendant(s). ) | By:  Glen E. Conrad<br>       Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 3rd day of January, 2014.

/s/ Glen Conrad
Chief United States District Judge